**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Andre Martin, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-212088

Appeal From Anderson County
J.C. Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2014-UP-403
Submitted July 1, 2014 – Filed November 19, 2014

**AFFIRMED**

Appellate Defender Carmen Vaughn Ganjehsani, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General John Walter Whitmire, both of Columbia, for Respondent.

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR). Because there is sufficient evidence to support the PCR court's finding that Petitioner did not knowingly and

intelligently waive his right to a direct appeal, we grant certiorari on Petitioner's Question One and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

We affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities: *McCray v. State*, 271 S.C. 185, 187-88, 246 S.E.2d 230, 231 (1978) (holding, in the context of a belated appeal under *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974), "a defendant can only raise and argue on the 'belated appeal' those issues which could have been raised and argued on a timely direct appeal"); *id.* at 188, 246 S.E.2d at 231 ("Accordingly, [this court's] review of any alleged trial errors is limited to those which would have been before the [c]ourt had a timely direct appeal been taken."); *State v. Johnston*, 333 S.C. 459, 462-64, 510 S.E.2d 423, 425 (1999) (stating, absent exceptional circumstances, "a challenge to sentencing must be raised at trial, or the issue will not be preserved for appellate review").

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.